FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 7 2003

at____ o'clock and ____min. ____M
WALTER A.Y.H. CHINN, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00427 DAE (01) |
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND |
| | ) | NOTICE |
| KRYSTELLE LEANO, (01) | ) | OF SENTENCING |
| | ) | |
| Defendant. | ) | |
| | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there has been no timely objection, the plea of guilty of

the Defendant to Count 1 of the Information is now Accepted and the Defendant is

Adjudged Guilty of such offense(s).  All parties shall appear before this Court for

sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____SEP 16 2003_____.

_____
UNITED STATES DISTRICT JUDGE

GUILTY.ACP